<u>CERTIFICATE OF SERVICE</u>

Neil S. Witkes hereby certifies that on the date set forth below he caused a true

and correct copy of the foregoing Answer of Cabot Performance Materials, Inc. to

Plaintfiff's Complaint be served via first class mail-postage prepaid as follows:


Charles V. Curley, Esquire
475 Allendale Road
King of Prussia, PA  19406



_____
Neil S. Witkes


Dated:  July 16, 2002

155524-1