IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR HUSSAIN | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| | : | 02-CV-3825 |
| | : | |
| v. | : | |
| | : | |
| CABOT PERFORMANCE MATERIALS, INC., | : | |
| a division of Cabot Corporation | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel for defendant, Cabot Performance Materials, Inc., a division of Cabot Corporation.

 

_____
Neil S. Witkes
Attorney for Defendant
Cabot Corporation

OF COUNSEL:

MANKO, GOLD, KATCHER & FOX, LLP
401 City Avenue
Suite 500
Bala Cynwyd, PA  19004
(484) 430-5700

156086

CERTIFICATE OF SERVICE

Patricia M. Vigna hereby certifies that on the date set forth below she caused a true and correct copy of the foregoing Entry of Appearance to be served by first class mail, postage prepaid as follows:

>   Charles V. Curley, Esquire
>   475 Allendale Road
>   King of Prussia, PA  19406

_____
Patricia M. Vigna

Dated:  July     , 2002

156086