IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR HUSSAIN | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-CV-3825 |
| v. | : | |
| CABOT PERFORMANCE MATERIALS, INC.<br>a division of CABOT CORPORATION, | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel hereby moves this Court to issue an Order admitting John C. Traficonte, *pro hac vice*, and permitting her to participate fully in all proceedings in this matter as counsel for Cabot Corporation. In support of this motion, undersigned counsel attests that John C. Traficonte is a member of the Bar in good standing in each jurisdiction he is admitted to practice, that there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction, and that he has read and is familiar with the Local Rules of this Court. In further support of this motion, the Affidavit of John C. Traficonte is submitted herewith as Attachment "A".

Respectfully submitted,

_____
Neil S. Witkes, PA I.D. No. 37653
Attorneys for Defendant
Cabot Corporation

OF COUNSEL:

MANKO, GOLD, KATCHER & FOX, LLP
401 City Avenue, Suite 500
Bala Cynwyd, PA 19004
(484) 430-5700

*147013-4*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR HUSSAIN | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-CV-3825 |
| v. | : | |
| CABOT PERFORMANCE MATERIALS, INC. a division of CABOT CORPORATION, | : | |
| Defendant. | : | |

## **ORDER**

And now this _____day of _____, 2002, upon consideration of the Affidavit in Support of Admission of Counsel Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that John C. Traficonte, Esquire is admitted to appear before the United States District Court for the Eastern District of Pennsylvania in representation of Cabot Corporation in this matter.

_____
J.

147013-4

## CERTIFICATE OF SERVICE

Patricia M. Vigna hereby certifies that on the date set forth below she caused a true and correct copy of Cabot Performance Materials, Inc's Motion Pro Hac Vice to be served by first class mail, postage prepaid as follows:

> Charles V. Curley
> 475 Allendale Road
> King of Prussia

_____
Patricia M. Vigna

Dated: July    , 2002

147013-4