## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| AMIR HUSSAIN<br>    *Plaintiff,* | : : : : | |
| v. | : | NO: 02-CV-3825 |
| CABOT PERFORMANCE MATERIALS,<br>INC. a Division of CABOT<br>CORPORATION<br>    *Defendant.* | : : : : : | JURY TRIAL DEMANDED |

### PRAECIPE TO WITHDRAW MOTION TO COMPEL

TO THE CLERK:

    Kindly withdraw Plaintiff's Motion to Compel discovery which was filed on September 18, 2002.

                                                              **POWELL, TRACHTMAN, LOGAN, CARRLE,<br>                                                             BOWMAN & LOMBARDO, P.C.**

                                                         By: _____
                                                                    Charles V. Curley
                                                                    Attorney for Plaintiff

Date: September ___, 2002

KOP:230920v1 4493-01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR HUSSAIN | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | NO: 02-CV-3825 |
| | : | |
| CABOT PERFORMANCE MATERIALS, | : | |
| INC. a Division of CABOT | : | JURY TRIAL DEMANDED |
| CORPORATION | : | |
| *Defendant.* | : | |

### CERTIFICATE OF SERVICE

I, Charles V. Curley, Esquire, hereby certify that a true and correct copy of the foregoing Praecipe to Withdraw Motion to Compel was served via first class mail, postage prepaid upon the following:

Karen M. Connors, Esquire
Cabot Corporation
Two Seaport Lane
Suite 1300
Boston, MA 02210-2019

**POWELL, TRACHTMAN, LOGAN, CARRLE,
BOWMAN & LOMBARDO, P.C.**

Charles V. Curley
Attorney for Plaintiff

Date: September     , 2002

KOP:230920v1 4493-01

Powell Trachtman Logan Carrle
Bowman & Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406

Karen M. Connors, Esquire
Cabot Corporation
Two Seaport Lane
Suite 1300
Boston, MA 02210-2019

KOP:230920v1 4493-01