IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR HUSSAIN | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | NO: 02-CV-3825 |
| | : | |
| CABOT PERFORMANCE MATERIALS, INC. a Division of CABOT CORPORATION | : | JURY TRIAL DEMANDED |
| *Defendant.* | : | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and AGREED that the above captioned matter is dismissed with prejudice.

**POWELL, TRACHTMAN, LOGAN, CARRLE, BOWMAN & LOMBARDO, P.C.**


By:_____
    Charles V. Curley
    *Attorney for Plaintiff*
    475 Allendale Road
    Suite 200
    King of Prussia, PA 19406

**CABOT CORPORATION**                                **MANKO, GOLD, KATCHER & FOX, LLP**


By:_____     By:_____
    Karen M. Connors, Esquire                      Neil S. Witkes, Esquire
    *Admitted pro hac vice*                             *Attorney for Defendant*
    Cabot Corporation                                  401 City Avenue, Suite 500
    Two Seaport Lane                                   Bala Cynwyd, PA 19004
    Suite 1300
    Boston, MA 02210-2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| AMIR HUSSAIN | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | NO: 02-CV-3825 |
| | : | |
| CABOT PERFORMANCE MATERIALS, | : | |
| INC. a Division of CABOT | : | JURY TRIAL DEMANDED |
| CORPORATION | : | |
| *Defendant.* | : | |

    I, Charles V. Curley, Esquire, hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served via first class mail, postage prepaid upon the following:

Karen M. Connors, Esquire
Cabot Corporation
Two Seaport Lane
Suite 1300
Boston, MA 02210-2019

Neil S. Witkes, Esquire
Manko, Gold, Katcher & Fox, LLP
401 City Avenue, Suite 500
Bala Cynwyd, PA 19004

**POWELL, TRACHTMAN, LOGAN, CARRLE,
BOWMAN & LOMBARDO, P.C.**

Date: October   , 2002

_____
Charles V. Curley
Attorney for Plaintiff